IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00273-REB-KLM

INNOVATIER, INC.,

    Plaintiff,

v.

CARDXX, INC.,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court Defendant's <u>Unopposed</u> Request for Permission to Allow Out-of-State Counsel to Participate in Scheduling Conference by Telephone [Docket No. 31; Filed April 16, 2008] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. Defendant's counsel Jonathan T. Shepard and Jamie M. Brickell may participate telephonically at the April 30, 2008 Scheduling Conference. On the date and time set for the hearing, counsel shall conference together and contact the Court at **(303) 844-4892** on a single telephone line.

Dated: April 16, 2008