IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00273-REB-KLM

INNOVATIER, INC.,

    Plaintiff/Counterclaim Defendant,

v.

CARDXX, INC.,

    Defendant/Counterclaimant,

v.

ROBERT SINGLETON,

    Counterclaim Defendant.

_____

**ORDER GRANTING JOINDER OF COUNTERCLAIM DEFENDANT ROBERT SINGLETON AND RESETTING SCHEDULING CONFERENCE**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Defendant's Motion to Join Additional Counterclaim Defendant and Certificate Pursuant to D.C.Colo.LCivR 7.1(A) [Docket No. 29; Filed March 31, 2008] (the "Motion"). Plaintiff did not respond to the Motion, however, Defendant informed the Court that the parties conferred and were unable to resolve the matter.

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. Joinder of Counterclaim Defendant Robert Singleton is proper in that Defendant's claim against him appears to arise from the same series of occurrences at issue in Defendant's counterclaim against Plaintiff, there are common questions of law and fact, and his joinder does not affect the Court's subject matter jurisdiction. Fed. R. Civ. P. 13(h) & 20(a)(2).

Defendant correctly sought joinder of this party pursuant to Fed. R. Civ. P. 13(h) & 20 by filing an appropriate motion. *See, e.g.*, *Mountain States Sports, Inc. v. Sharman*, 353 F. Supp. 613, 618 (D. Utah 1972) (requiring that joinder be adjudicated via motion to "insure the orderly compliance of proposed parties with the requirements of Rule 19 and 20"). Given that a party's right to joinder is not unlimited, as a matter of judicial economy, courts should be given an opportunity to review whether the requirements for joinder have been satisfied as a threshold issue. *See* 7 Charles Alan Wright et al., *Federal Practice and Procedure* § 1653, at 401-08 (3d ed. 2001).

IT IS FURTHER **ORDERED** that Defendant shall serve Counterclaim Defendant Robert Singleton with the Summons and Counterclaims on or before **May 12, 2008**.

IT IS FURTHER **ORDERED** that the Court *sua sponte* **vacates** the scheduling conference set for April 30, 2008 at 9:30 a.m. and **RESETS** it to **May 22, 2008 at 10:00 a.m.** in Courtroom **A-501,** Fifth Floor, of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado, 80294. Counsel previously given permission to appear telephonically may do so.

The parties shall submit their proposed scheduling order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures. Deadline for submission of the proposed scheduling order is on or before **May 16, 2008**.

Parties shall submit a brief Confidential Settlement Statement in PDF format to Mix_Chambers@cod.uscourts.gov. on or before **May 16, 2008**. Parties not participating in ECF shall submit their confidential settlement statement, on paper by delivering to the office of the Clerk of the Court or by mailing directly to Magistrate Judge Mix at the Alfred

A. Arraj U.S. Courthouse. The envelopes shall be marked "Private per Magistrate Judge Mix' Orders."

Anyone seeking entry into the Alfred A. Arraj United States Courthouse must show valid photo identification. See D.C.COLO.LCivR 83.2B.

Dated: April 25, 2008

                                                BY THE COURT:

                                                s/ Kristen L. Mix
                                                U.S. Magistrate Judge
                                                Kristen L. Mix