IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00273-REB-KLM

INNOVATIER, INC.,

    Plaintiff/Counterclaim Defendant,

v.

CARDXX, INC.,

    Defendant/Counterclaimant,

v.

ROBERT SINGLETON,

    Counterclaim Defendant.
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff and Counterclaim Defendant's **Agreed Motion for Entry of Protective Order** [Docket No. 53; Filed July 17, 2008] (the "Motion"). The parties to the Motion have also indicated that Defendant Cardxx, Inc. does not oppose the relief sought therein.

    IT IS HEREBY **ORDERED** that the Motion is **DENIED without prejudice** due to omissions in paragraph 8(d) of the proposed Protective Order.

Dated: July 17, 2008