IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-00273-PAB-KLM

INNOVATIER, INC.,

    Plaintiff/Counterclaim Defendant,

v.

CARDXX, INC.,

    Defendant/Counterclaimant,

v.

ROBERT SINGLETON,

    Counterclaim Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Cardxx, Inc.'s Unopposed Motion for Leave to File Second Amended Counterclaim and Jury Demand** [Docket No. 118; Filed October 27, 2009] (the "Motion").  Given that the deadline to amend pleadings has not yet expired and that the other parties do not oppose amendment,

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The Court accepts Defendant Cardxx, Inc.'s Second Amended Counterclaim and Jury Demand [Docket No. 118-2] for filing as of the date of this Minute Order.

    IT IS FURTHER **ORDERED** that Plaintiff Innovatier and Counterclaim Defendant Singleton shall answer or otherwise respond to the Second Amended Counterclaim on or before **November 13, 2009**.

Dated:  October 28, 2009