IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00273-PAB-KLM

INNOVATIER, INC.,

    Plaintiff/Counterclaim Defendant,

v.

CARDXX, INC.,

    Defendant/Counterclaimant,

v.

ROBERT SINGLETON,

    Counterclaim Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint Motion to Vacate and Reset Dispositive Motion Deadline** [Docket No. 197; Filed September 9, 2010] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The September 17, 2010 dispositive motions deadline is **vacated.** Dispositive motions, if any, shall be filed twenty-one (21) days after the date when the District Judge issues a decision on the parties' claim construction briefs [Docket Nos. 150, 163 & 166].

Dated: September 9, 2010