IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00273-PAB-KLM

INNOVATIER, INC.,

    Plaintiff/Counterclaim Defendant,

v.

CARDXX, INC.,

    Defendant/Counterclaimant,

v.

ROBERT SINGLETON,

    Counterclaim Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant **Cardxx's Motion to Amend Pleadings to Add Request for Exemplary Damages** [Docket No. 209; Filed October 29, 2010]] and **Cardxx's Motion for Leave to File Under Seal Exhibit B to Cardxx's Motion to Amend Pleadings to Add Request for Exemplary Damages** [Docket No. 210; Filed October 29, 2010] (collectively, the "Motions"). The Motions do not contain any indication that the moving party conferred with the opposing parties as required by D.C.COLO.LCivR 7.1A. Accordingly,

    IT IS HEREBY **ORDERED** that the Motions are **DENIED without prejudice**. All motions must comply with the Local Rules.

Dated: November 1, 2010