IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-00273-PAB-KLM

INNOVATIER, INC.,

      Plaintiff/Counterclaim Defendant,

v.

CARDXX, INC.,

      Defendant/Counterclaimant,

v.

ROBERT SINGLETON,

      Counterclaim Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on the parties' **Joint Motion to Vacate Final Pretrial Conference Date** [Docket No. 225; Filed November 12, 2010] (the "Motion").

      IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The Final Pretrial Conference set for December 9, 2010 at 9:30 a.m. is **vacated** and shall be reset upon joint motion of the parties after the District Judge issues a decision on the parties' claim construction briefs [Docket Nos. 150, 163 & 166] and summary judgment motions [Docket Nos. 156 & 201].

Dated:  November 15, 2010