IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 08-cv-00273-PAB-KLM

INNOVATIER, INC.,

    Plaintiff/Counterclaim Defendant,

v.

CARDXX, INC.,

    Defendant/Counterclaimant,

v.

ROBERT SINGLETON,

    Counterclaim Defendant.

## ORDER

This matter comes before the Court on the Stipulated Notice of Dismissal of CardXX's Ninth Counterclaim for Patent Infringement Pursuant to Federal Rule of Civil Procedure 41(a) and (c) [Docket No. 264]. It is

ORDERED that CardXX's Ninth Counterclaim against plaintiff/counterclaim defendant Innovatier, Inc. is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED January 27, 2011.

BY THE COURT:

  s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge